**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **DAMON JOSEPH JERRY** | **DOCKET NO. 6:09-cv-0611** |
| VS. | SECTION P |
| **SHERIFF OF ST. TAMMANY** | JUDGE DOHERTY |
| | MAGISTRATE JUDGE METHVIN |

**ORDER**

On April 13, 2009, *pro se* plaintiff Damon Joseph Jerry, an inmate incarcerated at the St. Tammany Parish Jail, Covington, Louisiana, filed a civil rights complaint pursuant to 42 U.S.C. §1983. Plaintiff claimed that he was denied appropriate medical care at the St. Tammany Parish Jail and he sued the jail's medical staff and Dr. Englass.

Section 1983 does not contain a venue provision; thus, venue is determined under the general venue provisions set forth in 28 U.S.C. § 1391. When, as here, a civil action is not premised solely upon diversity jurisdiction, it may be brought only in (1) a judicial district where any defendant resides, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Clearly, venue is inappropriate in the Western District of Louisiana. However, since the defendants apparently reside in the Eastern District of Louisiana, and since the events or omissions giving rise to this claim occurred there, transfer to that district is appropriate. Therefore,

**IT IS ORDERED THAT** the matter is hereby **TRANSFERRED** to the United States District Court for the Eastern District of Louisiana.

Signed at Lafayette, Louisiana, on April 17, 2009.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)